STATE OF VERMONT

| | |
|---|---|
| SUPERIOR COURT | : CIVIL DIVISION |
| ORLEANS UNIT | : DOCKET NO. 24-cv-05347 |
| | : |
| CENTURY 21 FARM & FOREST REALTY | : |
| INC., and DANIEL MACLURE | : |
|     Plaintiffs, | : |
| | : |
| | : **STIPULATION EXTENDING TIME** |
| V. | : **TO ANSWER COMPLAINT** |
| | : |
| MOUNT VERNON FIRE INSURANCE | : |
| COMPANY | : |
|     Defendant, | : |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs ("Plaintiffs") Century 21 Farm & Forest Realty Inc. and Daniel Maclure and Defendant Mount Vernon Fire Insurance Company ("Defendant"), by and through their undersigned counsel, that the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint in this action is extended through and including February 5, 2025.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts and that electronic signatures will be deemed to have the same effect as an original signature and will be acceptable for purposes of the within Stipulation.

Dated: January 15, 2025

| LANGROCK SPERRY & WOOL, LLP | GORDON REES SCULLY MANSUKHANI LLP |
|---|---|
| BY: *(signature)* <br> Kevin E. Brown, Esq. <br> *Attorneys for Plaintiffs* <br> 111 S. Pleasant Street <br> Middlebury, VT 05753 <br> (802) 388-6356 <br> Email: kbrown@langrock.com | BY: _____ <br> Steven J. Zakrzewski, Esq. <br> *Attorney for Defendant* <br> 145 Pine Haven Shores Road, Suite 2999 <br> Shelburne, VT 05482 <br> (860) 494-7511 <br> Email: szakrzewski@grsm.com |

SO ORDERED.  1/16/2025

Electronically signed pursuant to V.R.E.F. 9(d)

*(signature)*

Benjamin D. Battles
Superior Court Judge

Dated: January 15, 2025

| **LANGROCK SPERRY & WOOL, LLP** | **GORDON REES SCULLY MANSUKHANI LLP** |
|---|---|
| BY: _____ | BY: /s/ Steven Zakrzewski |
| Kevin E. Brown, Esq. | Steven J. Zakrzewski, Esq. |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |
| 111 S. Pleasant Street | 145 Pine Haven Shores Road, Suite 2999 |
| Middlebury, VT 05753 | Shelburne, VT 05482 |
| (802) 388-6356 | (860) 494-7511 |
| Email: kbrown@langrock.com | Email: szakrzewski@grsm.com |