THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CENTURY 21 FARM & FOREST REALTY INC., and DANIEL MACLURE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MOUNT VERNON FIRE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No: 2:25-cv-00091 |

**APPENDIX FOR DEFENDANT MOUNT VERNON FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

**Exhibit A:**   The Declaration Pages of the Mount Vernon Policy No. REA2550056I.

**Exhibit B:**   The Mount Vernon Policy issued to Century 21 Farm & Forest Realty Inc. for Policy Period July 26, 2022 to July 26, 2023.

**Exhibit C:**   The Complaint filed in the Felder Action, *Felder, et al. v. Tetreault, et al.*, Case No. 24-CV-01612; Vermont Superior Court, Orleans Unit**.**

**Exhibit D:**   The Complaint Filed in the above-captioned action.

**Exhibit E:**   Mount Vernon's Coverage Letter, dated July 21, 2024.

1

Respectfully submitted,
*Attorneys for Defendant Mount Vernon Fire Insurance Company*

<u>/s/ *Steven* Zakrzewski</u>
Steven J. Zakrzewski, Esq.
DVT: 824869
szakrzewski@grsm.com
Gordon Rees Scully Mansukhani
145 Pine Haven Shores Road, Suite 2999
Shelburne, Vermont 05482

Dated: May 30, 2025